**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                                  CASE NO: 8:25-cr-103-CEH-TGW

BENJAMIN RUBIN

_____/

## **ORDER**

This matter comes before the Court upon Defendant's Motion to Postpone Voluntary Surrender Date (Doc. 71), filed on April 14, 2026, in which Defendant seeks a postponement of his self-surrender date for an additional thirty (30) days to allow him to complete a recommended MRI and evaluations. In support of the motion, defense counsel indicates that on March 20, 2026, the Defendant was sentenced to a term of imprisonment of twelve (12) months and one (1) day and ordered to self-surrender to the United States Marshal's Office by 2:00 PM on April 24, 2026[1]. However, since the sentencing date, the Defendant has been undergoing medical and neurological consultations, and his doctor recommends that the Defendant have an MRI of his head with a follow-up evaluation to determine the extent, if any, of the Defendant's neurological dysfunction. This information, counsel contends, will be important for the Bureau of Prisons to have when assessing the Defendant's placement and treatment, and it will also be important to establish the Defendant's anticipated compassionate release application. The Court has been advised that the Government

---

[1] Post-sentencing, the Court ordered that Defendant report directly to the institution designated by the Bureau of Prisons. *See* Doc. 67.

objects to the Defendant's request for a postponement of his reporting date. Having considered the motion and being fully advised in the premises, the Court will grant the motion. Accordingly, it is hereby

**ORDERED**:

1. Defendant's Motion to Postpone Voluntary Surrender Date (Doc. 71) is **GRANTED**. It is unlikely that Defendant's self-surrender date will be extended again for this reason.

2. Defendant shall self-surrender **on May 22, 2026**, no later than 2:00 p.m., to the institution designated by the Bureau of Prisons.

**DONE AND ORDERED** in Tampa, Florida, on April 17, 2026.

Charlene Edwards Honeywell
Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record
United States Marshal's Office

2