**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                          CASE NO: 8:25-cr-103-CEH-TGW

BENJAMIN RUBIN

_____

## **ORDER**

This cause is before the Court on the Defendant's Unopposed Motion for Leave to File Medical Records Under Seal (Doc. 75), filed on April 30, 2026. In support of the motion, defense counsel indicates that results from the Defendant's recent MRI and neurological testing, which relate to the Defendant's health, are available and should be filed under seal and provided to the Bureau of Prisons to be considered for designation and medical care purposes. The Court has been advised that the Government has no objection to the requested relief. Having considered the matter, the Court will grant the motion. Accordingly, it is hereby,

**ORDERED:**

1.   The Defendant's Unopposed Motion for Leave to File Medical Records Under Seal (Doc. 75) is **GRANTED**.

2.   Counsel is directed to file the additional medical records, consisting of recent MRI results, as well as other records related to the Defendant's health, under seal.

3.    The United States Probation Office is directed to attach these medical records, including the report from Dr. Robert Young that was previously provided to the Court under seal (Doc. S-73), to the Defendant's Presentence Investigation Report so that the Bureau of Prisons can consider the records when designating the Defendant and evaluating his health and required level of medical care.

**DONE AND ORDERED** in Tampa, Florida, on May 4, 2026.

Charlene Edwards Honeywell
United States District Judge

Copies to:    Counsel of Record
United States Probation Office